**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**CARL EDWARD MYERS**                                                                 **PLAINTIFF**

**v.**                               **Civil No. 09-02079**

**FIRESTONE - ROGERS**
**AVE. STORE**                                                                         **DEFENDANT**

### O R D E R

Now on this 26th day of October 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #5, filed October 5, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (document #1) is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                      **/s/ Jimm Larry Hendren**
                                                      **HON. JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**